**FILED**

11/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0600

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Case No. DA 23-0600

| | |
|---|---|
| BUSCHER CONSTRUCTION AND DEVELOPMENT, INC., a Montana Corporation, BUSCHER CONSTRUCTION, LTD., a Montana Corporation, AVIARA, INC., a Montana Corporation, FALCON RIDGE, LLC, a Montana Limited Liability Company, FALCON RIDGE II, LLC, a Montana Limited Liability Company, DENNIS BUSCHER, LINDA BUSCHER, TRENT BUSCHER, and DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants/Appellants, | ) ) |
| vs. | ) ) |
| RALPH COOK, BARBARA COOK, Individually and on behalf of classes or similarly situated Montanans, | ) ) ) ) |
| Plaintiffs/Appellees. | ) ) ) |
| _____ | ) ) |
| *and* | ) |

**ORDER GRANTING 30-DAY EXTENSION OF TIME**

METRO REALTORS, LLP, a Montana )
Limited Liability Partnership, )
             )
    Cross-Plaintiff, )
             )
vs. )
             )
BUSCHER CONSTRUCTION AND )
DEVELOPMENT, INC., a Montana )
Corporation, BUSCHER )
CONSTRUCTION, LTD., a Montana )
Corporation, AVIARA, INC., a Montana )
Corporation, FALCON RIDGE, LLC, a )
Montana Limited Liability Company, )
FALCON RIDGE II, LLC, a Montana )
Limited Liability Company, DENNIS )
BUSCHER, LINDA BUSCHER, TRENT )
BUSCHER, and DOES 1-10, )
             )
    Cross-Defendants. )

---

Based upon the unopposed motion, pursuant to M.R.App.P. 26(1) and good cause appearing;

IT IS HEREBY ORDERED that Appellants shall have up to and including December 22, 2023 to file their Opening Brief.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 17 2023